[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10821

Non-Argument Calendar

_____

SKYWAY CAPITAL MANAGEMENT, LLC,

Plaintiff-Appellee,

*versus*

BRENDA GANT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-02143-MSS-AEP

_____

2                    Opinion of the Court                    25-10821

Before JILL PRYOR, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Brenda Gant, proceeding *pro se*, appeals from the district court's order remanding her case to Florida state court for lack of subject matter jurisdiction. We lack jurisdiction to review the remand order. *See* 28 U.S.C. § 1447(c)-(d) (generally barring review of orders remanding cases removed from state court); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001) (explaining that remand orders are only reviewable if, as relevant here, they are based on grounds other than lack of subject matter jurisdiction); *New v. Sports & Recreation*, 114 F.3d 1092, 1095-96 (11th Cir. 1997) (explaining that "a district court does not have to expressly state its reliance on section 1447(c) to preclude appellate review"). Additionally, the notice of removal did not invoke 28 U.S.C. §§ 1442 or 1443 as a basis for removal. *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor and City Council of Balt.*, 141 S. Ct. 1532, 1538 (2021).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.